UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMANDA M. SHULER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. 13-cv-05124 BHS<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

　　　　This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration pursuant to sentence four of 42 U.S.C. § 405(g) (ECF No. 17).

　　　　After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the

Acting Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings, including the following:

- The ALJ should further develop the record, reevaluate the medical source opinions of record, and reevaluate the claimant's credibility.
- The ALJ should make a *de novo* determination as to disability, and issue a new decision.

Following proper application, plaintiff should be eligible for attorney's fees pursuant to the Equal Access to Justice Act, 24 U.S.C. § 2412 *et seq.*

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 21st day of August, 2013.

_____
J. Richard Creatura
United States Magistrate Judge